# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 23, 2026

| No. 25-1988 | HERIBERTO PEREZ-CASTILLO, Petitioner v. PAMELA J. BONDI, Attorney General of the United States, Respondent |
| --- | --- |
| **Originating Case Information:** | |
| Agency Case No: A206-788-938 Board of Immigration Appeals | |

Review of the petitioner's brief shows that it contains multiple inaccurate citations, quoted language that does not appear in the cited decisions, and facts not supported by the record. As just one of many examples, petitioner's brief includes three quotations from *Bautista-Bautista v. Garland*, 21 F.4th 1004, 1012 (7th Cir. 2021). But there is not a Seventh Circuit decision by this name, the citation corresponds to a different decision by the Eighth Circuit, and the source of the quotations attributed to the decision on pages 21, 25, and 26 of the brief is unclear. So that the court can obtain more information from counsel, including whether these errors were caused by the use of generative-artificial intelligence (AI) assistance,

**IT IS ORDERED** that petitioner shall respond on or before February 6, 2026, and indicate whether any form of generative-artificial intelligence (AI) assistance was used in preparing the petitioner's brief. Petitioner shall also provide any additional explanation about the inclusion of inaccurate citations, quoted language that does not appear in cited decisions, and facts not supported by the record. Respondent may also file a submission on this topic on or before February 6, 2026. These filings should not exceed 4,000 words.

**IT IS FURTHER ORDERED** that oral argument on February 17, 2026, is **REINSTATED**. In addition to the merits of this appeal, counsel should be prepared to discuss the issues described above, including any obligation to alert the court to these types of problems in an opposing party's brief.