# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 10, 2026

*By the Court:*

| No. 25-1988 | HERIBERTO PEREZ-CASTILLO, Petitioner <br><br> v. <br><br> PAMELA J. BONDI, Attorney General of the United States, Respondent |
|---|---|
| **Originating Case Information:** | |
| Agency Case No: A206-788-938 <br> Board of Immigration Appeals | |

The following is before the court: **RESPONSE TO COURT'S ORDER REGARDING PETITIONER'S BRIEF INACCURACIES AND REQUEST FOR AN EXTENSION OF TIME TO SUBMIT A CORRECTED BRIEF AND TO RESCHEDULE THE ORAL ARGUMENT DATE SET FOR FEBRUARY 17, 2026**, filed on February 6, 2026, by counsel for the petitioner.

Oral argument will proceed as scheduled on February 17, 2026.

form name: **c7_Order_BTC**    (form ID: **178**)