# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 1, 2026

Before

MICHAEL B. BRENNAN, *Chief Judge*
KENNETH F. RIPPLE, *Circuit Judge*
REBECCA TAIBLESON, *Circuit Judge*

| | |
|---|---|
| No. 25-1988 | HERIBERTO PEREZ-CASTILLO, <br>           Petitioner <br><br> v. <br><br> TODD W. BLANCHE, Acting Attorney General of the United States, <br>           Respondent |
| **Originating Case Information:** | |
| Agency Case No: A206-788-938 <br> Board of Immigration Appeals | |

We **DENY** Perez-Castillo's petition for review, with costs, in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)